170 So. 495

## Ed FLIPPO v. STATE.
### 8 Div. 751.

Supreme Court of Alabama.
Oct. 8, 1936.

Rehearing Denied Nov. 19, 1936

William Stell, of Russellville, for petitioner.

A. A. Carmichael, Atty. Gen., for the State.

PER CURIAM.·

Petition of Ed Flippo for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Flippo v. State, 170 So. 494.

Writ denied.

ANDERSON, C. J., and THOMAS, BROWN, and KNIGHT, JJ., concur.